IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

MOLLICOOLZ LLC,

          Plaintiff,

v.                                CIVIL ACTION NO.  5:09-cv-00945

FROZEN NORTH TRADING LTD., et al.,

          Defendants.

**JUDGMENT ORDER**

In accordance with the accompanying order dismissing this action for failure to prosecute, the Court **ORDERS** that judgment be entered in favor of the defendants Frozen North Trading, Ltd. and IQF, Inc., and that this case be dismissed and stricken from the docket of this Court.

The Court **DIRECTS** the Clerk to send a certified copy of this Judgment Order to counsel of record and any unrepresented parties.

                                    ENTER:      March 16, 2010

                                      Joseph R. Goodwin, Chief Judge